IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GENE PAUL RICHARDS, SR.,**

    **Plaintiff,**

  vs.                                      Civil Action 2:12-CV-288
                                              Judge Sargus
                                              Magistrate Judge King

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**


### ORDER

    Plaintiff has filed an action instituted under the provisions of 42 U.S.C. § 405(g), for review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits.

    Plaintiff resides in Ashtabula County, Ohio, which is in the Northern District of Ohio. *See* 28 U.S.C. § 115(a)(1). Venue of the action is therefore properly lodged in the Northern District of Ohio. *See* 28 U.S.C. § 1391(e)(1)(C).

    This action is **ORDERED TRANSFERRED** to the United States District Court for the Northern District of Ohio, Eastern Division.


April 5, 2012                                    *s/Norah McCann King*
 (Date)                                      Norah M<sup>c</sup>Cann King
                                          United States Magistrate Judge